# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2018

## NO. 03-17-00570-CV

**Mometrix Media, LLC, Appellant**

**v.**

**LCR Publishing, LLC, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on August 29, 2017. Having reviewed the record and the parties' arguments, the Court holds that further proceedings in the trial court are necessary and remands the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.